UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>            Petitioner   )<br>)<br>V.                    )<br>)<br>JASON M. CHAGAS     )<br>            Respondent  ) | M.B.D. No.<br>04 MBD 10126 |

## PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael Sullivan, United States Attorney for the District of Massachusetts, state that:

1. This proceeding for the enforcement of an Internal Revenue Service Summons is brought pursuant to sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. sections 7402(b) and 7604(a).

2. Thomas Simonds is a Revenue Officer of the Internal Revenue Service authorized to issue summonses under the Internal Revenue Laws.

3. The respondent, Jason M. Chagas, resides or is found at 22 Forest Avenue, Clinton, Massachusetts 01510 within the jurisdiction of this Court. The respondent is in possession and control of testimony and documents concerning this investigation. Revenue Officer Thomas Simonds is conducting an investigation for the collection of the tax liability of Jason M. Chagas for the taxable period(s) ending on December 31, 1999 and December 31, 2000.

4. Section 6301 of the Internal Revenue Code of 1986, 26 U.S.C, authorizes the Secretary of the Treasury to collect the taxes imposed by the Internal Revenue Laws. For the purpose of collecting the tax liability of any person, Section 7602 authorizes the Secretary to issue a Summons to the person to appear at a time and place named in the Summons, to produce such books, papers, records or other data, and to testify, as may be relevant or material to collecting the tax liability.

5. On November 14, 2003, Revenue Officer Thomas Simonds issued, pursuant to Section 7602 of the Internal Revenue Code of 1986, a summons to Jason M. Chagas, directing him to appear before Revenue Officer Thomas Simonds at 120 Front Street, Suite 600, Worcester, MA 01608 on December 1, 2003 and to produce for examination (and give testimony relating to) documents and financial records for the period(s) July 1, 2003 to November 14, 2003.

A copy of the Summons is attached to this Petition as "Exhibit A". On November 14, 2003, Revenue Officer Thomas Simonds served the Summons on Jason M. Chagas by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. Revenue Officer Thomas Simonds signed a certification on the face of the copy of the summons served that it is a true and correct copy of the original.

6. Jason M. Chagas has failed and refuses to comply with the Summons.

7. The records sought by the Summons are not now in the possession of the Internal Revenue Service, and their production by Jason M. Chagas for examination by an officer of the Internal Revenue Service is necessary to complete a Collection Information Statement.

WHEREFORE, the petitioner prays that:

1. Jason M. Chagas be ordered to show cause, if any he has, why he should not obey the Summons;

2. Jason M. Chagas be ordered to obey the Summons at a time and place to be fixed by Revenue Officer Thomas Simonds or by any other officer of the Internal Revenue Service authorized to examine the records and take testimony; and

3. The cost of this action to be awarded to the United States.

By their attorney,

MICHAEL SULLIVAN
United States Attorney

By: *Barbara Healy Smith*
BARBARA HEALY SMITH
Assistant U.S. Attorney

United States Attorney's Office
United States Courthouse – Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3282



# Summons

EXHIBIT A

In the matter of  **JASON M CHAGAS, 22 FOREST AVE, CLINTON, MA. 01510-1512**

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed Area: 1**

Periods  **1040 RETURNS PERIODS ENDING DECEMBER 31,1999;DECEMBER 31,2000**

## The Commissioner of Internal Revenue

To   **JASON CHAGAS**

At   **22 FOREST AVE CLINTON, MA. 01510**

You are hereby summoned and required to appear before Thomas Simonds, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents in your possession and control reflecting the assets and liabilities of the above named taxpayer(s) including, but not limited to, the following: all bank statements, checkbooks, canceled checks, savings account passbooks, and records of certificates of deposit, for JULY 1,2003 TO NOVEMBER 14,2003, regarding accounts or assets held in the name of the taxpayer(s) or held for the benefit of the taxpayer(s); all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by the taxpayer(s), or in which the taxpayer(s) have a security interest, or held for the benefit of either or both of the taxpayer(s), so that a current Collection Information Statement may be prepared. A blank copy of such Collection Information Statement is attached hereto to guide you in the production of the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

120 Front St Suite 600, Worcester, Ma. 01608   508-793-0402

**Place and time for appearance at:**   120 Front St Suite 600, Worcester, Ma. 01608

on the __1ST__ day of __DECEMBER__, 2003 at __10:00__ o'clock __A__ m.

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039(Rev. 12-2001)
Catalog Number 21405J

Issued under authority of the Internal Revenue Code this __14__ day of __November__, __2003__

_Signature of Issuing Officer_

**Revenue Officer**
Title

Signature of Approving Officer (if applicable)     Title

Original -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 11-14-2003    Time: 3:00 PM

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): LEFT IN A SEALED ENVELOPE AT FRONT DOOR

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

Signature: [signed]    Title: [signed]

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☒ No notice is required.

Signature: [signed]    Title: [signed]

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____    Title: _____

Form **2039** (Rev. 12-2001)