UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
        Petitioner )
         )
V. )   M.B.D. No.
         )
JASON M. CHAGAS )   04MBD 10126
        Respondent )

### AFFIDAVIT OF REVENUE OFFICER

I, Thomas Simonds, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Jason M. Chagas, are true to the best of my knowledge and belief.

                                                      _Thomas Simonds_
                                                      Revenue Officer
                                                      Internal Revenue Service

Subscribed and sworn to before me at  WORCESTER ,
Massachusetts on the  12TH  day of  FEBRUARY , 2004.

                                                      _Thomas W Kilmartin_

My Commission expires: 10/18/2007     NOTARY PUBLIC