UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|         Petitioner ) | |
| ) | |
| V. ) | M.B.D. No. |
| ) | |
| JASON M. CHAGAS ) | 04 MBD 10126 |
|         Respondent ) | |

## ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Affidavit of Thomas Simonds, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom # _9_ in the United States Courthouse in _MA_ on the _10th_ day of _June_, 200_4_, at _2:45_ PM., to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on November 14, 2003. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Jason M. Chagas on or before _May 28_, 200_4_.
It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at _Boston_, Massachusetts on this _30th_ day of _April_, 200_4_.

_____
UNITED STATES DISTRICT JUDGE

_____
UNITED STATES MAGISTRATE JUDGE