UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
         Petitioner,           )
                               )
v.                             )    M.B.D. No. 04-10126-GAO
                               )
JASON M. CHAGAS,               )
         Respondent.           )
_____)
```

**MOTION TO WITHDRAW PETITION
TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court. This Court had continued the Order to Show Cause hearing for the respondent to appear before the Court on July 1, 2004 at 2:00 pm.

The petitioner seeks to withdraw the petition because the respondent has complied with the Internal Revenue Service Summons.

    Respectfully submitted:

    MICHAEL J. SULLIVAN,
    United States Attorney

By: /s/ Barbara Healy Smith
    BARBARA HEALY SMITH
    Assistant U.S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way - Suite 9200
    Boston, MA  02210
    (617) 748-3282

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the parties of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    /s/ Barbara Healy Smith
    ASSISTANT UNITED STATES ATTORNEY

Dated: July 1, 2004